687

No. 799. AMARAL ET AL. v. CLEARY ET AL. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Grove J. Fink* and *Lewis B. Randall* for petitioners. *Messrs. U. S. Webb* and *John O. Palstine* for respondents.

No. 800. BORGES ET AL. v. LOFTIS, SHERIFF, ET AL. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Grove J. Fink* and *Lewis B. Randall* for petitioners. *Messrs. U. S. Webb* and *John O. Palstine* for respondents.

No. 801. AFFONSO ET AL. v. CORNELL ET AL. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Grove J. Fink* and *Lewis B. Randall* for petitioners. *Messrs. U. S. Webb* and *John O. Palstine* for respondents.

No. 822. GRAND INTERNATIONAL BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. v. KENAN ET AL. April 26, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harold N. McLaughlin* for petitioners. *Mr. Giles J. Patterson* for respondents.

No. 873. ALBEE GODFREY WHALE CREEK CO., INC. v. DINGFELDT ET AL. April 26, 1937. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Paul Koch* for petitioner. *Messrs. Henry Epstein, Joseph A. McLaughlin,* and *Roy Wiedersum* for respondents.